[No. 62728-7-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-04019-6, LeRoy McCullough, J., entered November 25, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 62809-7-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES BIBBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05306-3, Bruce E. Heller, J., entered December 15, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 63820-3-I.   Division One.   October 19, 2009.]

*In the Matter of the Detention of* MYOUNG PARK.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-11198-0, Bryan E. Chushcoff, J., entered April 4, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 63833-5-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA M. SHADDAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-1-00255-1, Michael J. Sullivan, J., entered June 27, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.